IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Travis Jamaal Robinson, | C/A No. 0:23-cv-5351-SAL |
| Plaintiff, | |
| v. | **ORDER** |
| Christopher Prinz, Police Officer, | |
| Defendant. | |

Plaintiff Travis Jamaal Robinson filed this action on October 25, 2023, asserting constitutional violations during an arrest involving Defendant Christopher Prinz of the Rock Hill Police Department. *See* ECF No. 1. This matter is before the court on the Report and Recommendation (the "Report") issued by United States Magistrate Judge Shiva V. Hodges, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), recommending that the court grant summary judgment in favor of Defendant. *See* ECF No. 59. Neither party filed objections to the Report, and the time for doing so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to

1

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After reviewing the Report, the applicable law, and the record of this case in accordance with the above standard, the court finds no clear error, adopts the Report, ECF No. 59, and incorporates it by reference herein. As a result, Defendant's motion for summary judgment, ECF No. 47, is **GRANTED**.

**IT IS SO ORDERED.**

November 25, 2024                                                   Sherri A. Lydon
Columbia, South Carolina                                    United States District Judge